# THE BOARD OF COUNTY COMMISSIONERS OF UINTA COUNTY v. HINTON.

Proceedings in Error—Bill of Exceptions—Motion for New Trial.—
The plaintiff in error must incorporate his motion for a new trial in the
bill of exceptions, and thus have it made part of the record, otherwise
the proceedings in error, on motion, will be dismissed, and the judgment
of the lower court affirmed.

Error to the Third District Court for Uinta County.

This case was brought to the supreme court by writ of
error, but the bill of exceptions not containing the motion
for a new trial, on motion of defendant in error the proceed-
ings in the supreme court were dismissed, and the judg-
ment of the district court affirmed.

*William G. Tonn*, for the motion.

*H. Garbanati*, opposed.

---

# MOSHER v. THE HILLIARD FLUME AND LUMBER COMPANY.

Proceedings in Error—Bill of Exceptions—Motion for New Trial.—
The plaintiff in error must incorporate his motion for a new trial in the
bill of exceptions, and thus have it made part of the record, otherwise
the proceedings in error, on motion, will be dismissed, and the judgment
of the lower court affirmed.

Error to the Third District Court for Uinta County.

This case was brought to the supreme court by writ of
error, but the bill of exceptions not containing the motion
for a new trial, on motion of defendant in error the pro-
ceedings in the supreme court were dismissed, and the judg-
ment of the district court affirmed.

*W. W. Corlett and William G. Tonn*, for the motion.

*H. Garbanati*, opposed.